IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARL EDWARD MEYERS                                  PLAINTIFF

v.                             CASE No. 09-2086

STATE OF ARKANSAS                                 DEFENDANT

**ORDER**

      Carl Edward Meyers submitted this pro se action for filing pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to provisionally file the complaint.

      The plaintiff did not submit with his complaint a completed application to proceed *in forma pauperis* (IFP) – the second page of the application is not completed and it is not signed by the Plaintiff. The clerk of court is directed to provide the plaintiff with an *in forma pauperis* application. Plaintiff is given up to and including August 11, 2009, in which to complete the IFP application.

      The application should be returned to the undersigned for review and filing. Should plaintiff fail to return the application within the required period of time or complete the application as directed, his complaint will become subject to dismissal for failure to obey a court order.

      The undersigned will determine at a later time whether the complaint should be served on the defendant.

      IT SO ORDERED this 13th day of July 2009.

                                                         */s/ J. Marschewski*
                                                         HON. JAMES R. MARSCHEWSKI
                                                         UNITED STATES MAGISTRATE JUDGE